**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000448
30-NOV-2015
09:10 AM**

NO. CAAP-15-0000448

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

HAWAII COMMUNITY FCU, Plaintiff-Appellee, v.
DOUGLAS S. BRANCH, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 14-1-355K)

ORDER DISMISSING THE APPEAL
PURSUANT TO HRAP RULES 11(b)(2), (c)(2)
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On June 4, 2015, the appellate clerk received a notice of appeal from Defendant-Appellant Douglas S. Branch (Appellant), pro se. The notice of appeal was electronically filed to create this appeal, CAAP-15-0000448, on June 5, 2015;

(2) On June 9, 2015, the appellate clerk notified Appellant that the filing fee was due, and failure to pay the filling fee or file a motion for leave to proceed on appeal in forma pauperis would be brought to the court's attention for appropriate action, which may include the appeal being dismissed;

(3) The appellate clerk issued a similar notice to Appellant on July 9, 2015;

(4) On August 14, 2015, the appellate clerk notified Appellant that the time to docket the record on appeal expired on August 3, 2015, the filing and docketing fees had not been paid, the record on appeal cannot be prepared without the fees or an order authorizing Appellant to proceed on appeal in forma pauperis, the matter would be called to the court's attention on August 24, 2015, for appropriate action, which may include dismissal, and Appellant may file a motion requesting relief from default;

(5) Appellant did not pay the filing and docketing fees, give security for costs, or take any further action in this appeal; and

(6) An appeal may be dismissed where the record on appeal has not been prepared because the appellant failed to pay the required fees or obtain an order allowing the appellant to proceed in forma pauperis. Hawai'i Rules of Appellate Procedure Rule 11(b)(2), (c)(2).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

Dated: Honolulu, Hawai'i, November 30, 2015.

*Craig H. Nakamura*
Chief Judge

Associate Judge

*Lawrence M. Reifurth*
Associate Judge

-2-